```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF NEW YORK

------------------------------X
                              :
UNITED STATES OF AMERICA,     :
                              :    CR-00-778 (RJD)
         v.                   :
                              :    June 16, 2004
ANTHONY BLAKE,                :
                              :    Brooklyn, New York
              Defendant.      :
                              :
------------------------------X


       TRANSCRIPT OF CRIMINAL CAUSE FOR SENTENCING
          BEFORE THE HONORABLE RAYMOND J. DEARIE
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        ROSLYNN R. MAUSKOPF, ESQ.
                           UNITED STATES ATTORNEY
                           BY: SETH LEVINE, ESQ.
                           ASSISTANT U.S. ATTORNEY
                           225 Cadman Plaza East
                           Brooklyn, New York  11201



For the Defendant:         BARRY RHODES, ESQ.




Audio Operator:


Court Transcriber:         ARIA TRANSCRIPTIONS
                           c/o Elizabeth Barron
                           31 Terrace Drive, 1st Floor
                           Nyack, New York 10960
                           (215) 767-7700



Proceedings recorded by electronic sound recording,
transcript produced by transcription service
```

1  THE CLERK: This is USA versus Anthony Blake,
2 docket number CR-00-778 s-4. It's on this morning for a
3 sentence. May I ask the attorneys please to note their
4 appearance.
5  MR. LEVINE: Seth Levine for the government. Good
6 morning, your Honor. Again, I'm joined by Spencer Steep
7 (ui). I would ask that he be allowed to appear with me.
8  THE COURT: Alrighty.
9  MR. RHODES: Barry Rhodes for Antonio Blake. Good
10 morning, again.
11  THE COURT: Good morning, Mr. Rhodes. Mr. Blake,
12 good morning. Are we ready to proceed, Mr. Rhodes?
13  MR. RHODES: I believe we are, Judge.
14  THE COURT: Mr. Blake, have you had an adequate
15 opportunity, Sir, to carefully read the presentence report
16 and the addendum to the presentence report?
17  THE DEFENDANT: YEs.
18  THE COURT: Have you had sufficient time, Sir, to
19 confer with Mr. Rhodes in preparation for today's
20 proceedings?
21  THE DEFENDANT: Yes.
22  THE COURT: You will be given an opportunity in
23 just a couple of minutes to talk to me as is your right.
24 So, you should feel free to say anything you think is
25 appropriate.

```
 1              THE DEFENDANT:  (Ui).
 2              THE COURT:  I'm sorry?  You have nothing to say?
 3              THE DEFENDANT:  No, your Honor.
 4              THE COURT:  Alright, well, I'll give you that
 5   chance nonetheless in just a couple of minutes.
 6              My file reflects a presentence report dated March
 7   9th.  There is, as I just alluded, an addendum dated as of
 8   May 10th.  That brings -- Okay, we'll get to that in a
 9   moment.
10              I have a letter from Mr. Rhodes dated May 6th.  I
11   received a written recommendation, as you know, with my copy
12   of the report, the original report.  I'm going to show that
13   to you now.
14              I have a copy of the prior defense information.  A
15   copy of the plea agreement and Mr. Levine's letter of June
16   15th as well as a copy of the superseding indictment.
17              I believe with the addendum the only difference
18   between the Probation Department and the parties is found in
19   paragraph fifty of the addendum, whereas the Probation
20   Department believes two points should be awarded Mr. Blake
21   for acceptance for the reasons stated in Mr. Levine's letter
22   of June 15th.
23              The government is of the view, and I take it the
24   defense is of like mind, that he should be awarded an
25   additional point or three -- a reduction of three levels for
```

```
 1   acceptance.
 2              MR. LEVINE:  Your Honor, we are of the like mind
 3   and grateful to the prosecutor for pointing out that
 4   problem.
 5              THE COURT:  Alrighty.  That brings us to a level
 6   27 and a range of 100 to 125.  This is an 11(1)(c) plea.  I
 7   read the materials to which I've alluded and prepared to
 8   accept the parties agreement and impose the agreed to
 9   sentence.
10              But, before we do that, Mr. Rhodes, I will turn it
11   over to you.
12              MR. RHODES:  I find this to be a very sad case,
13   Judge.  And I hope that to be the tenor of my letter of May
14   6$^{th}$.  I'm frustrated and having a big mouth and a bit of a
15   wise guy, I like to argue for my clients and the agreement
16   handcuffs him in a situation where I think I could be
17   eloquent and be persuasive at least for one issue, and that
18   is as to whether the sentence should be consecutive or
19   concurrent.
20              The underlying conspiracy for which Mr. Blake is
21   serving a sentence of seven to fourteen years -- this
22   conspiracy includes that act in the state court.  And in the
23   ordinary case, without this contract between the government
24   and Mr. Blake, I'd be able to argue for your Honor's
25   discretion.  But I can't.  And there's not much I can say
```

1    about it.
2              The guidelines come to the same 100 months no
3    matter how it's sliced.  I agree with the government that
4    the plea contract under 11(1)(c) of the statute be accepted
5    by your Honor and Mr. Blake be sentenced accordingly.
6              He's been a good client compared to many.  His
7    mother's in court now.  He's got a niece in court.  His
8    brother has been highly attentive to court proceedings
9    although he couldn't come today because of work.  They're
10   all very concerned with him.  They want him home as quickly
11   as possible.
12             He made some mistakes.  He hung out with a very
13   poor group (ui) group and he's paying an awful price as is
14   his family for his involvement with these people.  He is
15   certainly the least culpable of the group, the least
16   violent, the least anything.  Having said all of that,
17   Judge, I understand your hands are largely handcuffed just
18   as are mine.
19             I'm asking for as much lenience as possible for
20   Mr. Blake.
21             THE COURT:  Mr. Levine?
22             MR. LEVIN:  Your Honor, the government would
23   respectfully ask the Court accept this plea.  We believe
24   it's an appropriate disposition both in light of the case
25   and the guidelines.

1           I certainly diverge with my friend, Mr. Rhodes,
2    about this being a sad day.  This defendant has been charged
3    with a variety of racketeering activity.  His disposition
4    relating to his participation after the fact in a murder
5    when put in the context of a consecutive sentence does, we
6    believe, provide an appropriate sentence and appropriate
7    justice.
8           We do think that the consecutive sentence is
9    necessary to make this plea an appropriate disposition in
10   this matter involving the Bonda (ph) organization, which was
11   a scourge on this community and in which Mr. Blake
12   participated.
13          So, I'll respectfully ask the Court to accept the
14   sentence and impose the 100 months consecutive to the state
15   court sentence that Mr. Blake is currently serving.  Thank
16   you.
17          THE COURT:  One last shot, Mr. Blake.  Anything
18   you'd like to say, Sir?
19          MR. LEVINE:  He's asking you if you have anything
20   to say.  He's giving you one last opportunity to speak.
21          THE DEFENDANT:  I'm really sorry for the pain that
22   I caused.  A lot of mistake I made in my life.  I'm just
23   trying to get back on the right track.
24          THE COURT:  Well, that's the first step, admitting
25   you made a big mistake.  It is a sad day.  I mean, you know,

1   not that you don't deserve to be punished and punished
2   severely but these are not happy occasions no matter what
3   the circumstances.
4           You mother back there is serving this sentence
5   with you in her own way.  That's sad.  You have somebody who
6   cares about you.  The key is to make the best use of this
7   time so that when you are released, you'll be able to make
8   it on your own without any of this business.
9           Well, having accepted the parties' agreement which
10  allows for a sentence -- calls for a sentence that is
11  significant but far better than might have been otherwise,
12  I will impose a sentence of 100 months consecutive to the
13  state sentence now being served.  Three years supervised
14  release.  No fine and a $100 special assessment.
15          MR. LEVINE:  Judge, would you please include in
16  the judgment a request that he be designated to a facility
17  of the northeast region?  His own family is up here.
18          THE COURT:  I will be happy to recommend it.
19          MR. LEVINE:  Thank you.  Are there any outstanding
20  charges?
21          MR. RHODES:  There are, your Honor.  The
22  government would need to discuss them at this time.  I would
23  also --
24          THE COURT:  That application is granted.  Yes,
25  Sir?

```
 1              MR. RHODES:  I would ask the Court to remind the
 2   defendant that in light of paragraph three of the agreement,
 3   that he's agreed to not file an appeal or otherwise
 4   challenge his conviction in the event the Court accept the
 5   plea agreement.
 6              THE COURT:  Well, that's what the agreement says.
 7   And the fact that it does is it closes the book.  Now,
 8   you'll serve your time.  As I say, make the best use of it.
 9   And good luck.
10              ALL:  Thank you, your Honor.
11              * * * * * * * * * * * * *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18     I certify that the foregoing is a correct transcript
19  from the electronic sound recording of the proceedings in
20  the above-entitled matter.
21
22
23  [signature]
24
25  ELIZABETH BARRON                              June 9, 2008
```